# United States District Court

WESTERN DISTRICT OF WASHINGTON

TARA L. RICHERSON

    v.

JEANNE BECKON

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5590JKA

☐    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendants' Motion for Summary Judgment of dismissal of all claims against Jeanne Beckon in her individual and official capacity is hereby granted.  Plaintiff's cross motion for Summary Judgment is denied.

 

March 27, 2008                                                  BRUCE RIFKIN

Date                                                                            Clerk

                                                                          *s/Caroline M. Gonzalez*

                                                                          Deputy Clerk